

1345 AVENUE OF THE AMERICAS – 11TH FLOOR<br>
NEW YORK, NEW YORK 10105<br>
TELEPHONE: (212) 370-1300<br>
FACSIMILE:   (212) 370-7889<br>
www.egsllp.com

December 29, 2022

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

      Re:   *St. Hudson Group, et al. v. Singularity Future Technology Ltd. f/k/a Sino-Global Shipping American Ltd. et al.,*
            **Case No.: 1:22-cv-10290: Extension Request**

Dear Judge Liman:

      We represent the Defendants Singularity Future Technology Ltd. f/k/a Sino-Global Shipping American Ltd. ("Singularity") and Jing "Angela" Shan ("Shan") in the above-referenced matter. Singularity and Shan respectfully request an extension of time to file an answer to the Complaint in the above-referenced matter. The original response date is December 30, 2022. Defendants are proposing a thirty (30) day extension to this date, with a new response date of January 30, 2023. This is the first request for an extension. Counsel for Plaintiff, St. Hudson Group, Mr. John Murphy, Esq, has kindly consented to this request.

      We thank the Court for its time and attention to this matter.

                                           Sincerely,

                                           ___*[s] Joanna R. Cohen*___
                                           Joanna R. Cohen