

1345 AVENUE OF THE AMERICAS – 11TH FLOOR  
NEW YORK, NEW YORK 10105  
TELEPHONE: (212) 370-1300  
FACSIMILE:   (212) 370-7889  
www.egsllp.com

February 8, 2023

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

  **Re:**  *St. Hudson Group, et al. v. Singularity Future Technology Ltd. f/k/a Sino-Global Shipping American Ltd. et al.,* Case No.: 1:22-cv-10290; *Jinhe Capital Limited v. Singularity Future Technology Ltd. f/k/a Sino-Global Shipping American Ltd. et al.,*. Case No. 1:22-cv-08538; and *Hexin Golbal Limited v. Singularity Future Technology Ltd. f/k/a Sino-Global Shipping American Ltd. et al.,* Case No. 1:22-cv-08160: Extension Request

Dear Judge Liman:

  We represent the Defendants Singularity Future Technology Ltd. f/k/a Sino-Global Shipping American Ltd. ("Singularity") and Jing "Angela" Shan ("Shan") in the above-referenced matters. Singularity and Shan respectfully request an extension of time to file their motions to dismiss the Complaints in the above-referenced matters.  The original deadline is February 10, 2023. The Parties have agreed to extend the deadline until February 24, 2023 to allow time for settlement discussions. This is the first request for an extension.  Counsel for Plaintiff, St. Hudson Group, Mr. John Murphy, Esq, and Plaintiffs Hexin Global Limited and Jinhe Capital Limited, Mr. John Eliot, Esq, have kindly consented to this request.

  We thank the Court for its time and attention to this matter.

              Sincerely,

              ___*[s] Joanna R. Cohen*___
              Joanna R. Cohen